**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

No. 95-40454
Summary Calendar

ROBERT LAMARR ALLEN,

Plaintiff-Appellant,

VERSUS

JAMES A. SHAW, JR., Senior Warden; STEVEN MOORE, Sergeant;
JASON W. ZORN, Correctional Officer,

Defendants-Appellees.

Appeal from the United States District Court
For the Eastern District of Texas
(No. 6:94-CV-300)

February 2, 1996

Before REAVLEY, JOLLY and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Robert Lamarr Allen appeals from the district court's dismissal of his *pro se* civil rights complaint. Allen contends that defendants Zorn and Moore subjected him to an excessive use of force and that defendant Shaw failed to take any corrective measures to prevent the excessive-use-of-force incident. The magistrate judge held an evidentiary hearing and found that Allen

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

initiated the use of force and that the officers responded with limited and reasonable force.  The credibility of Allen and his three inmate witnesses was undermined by a video tape and by the few complaints Allen made at the time to the prison nurse.  We find no reversible error.

AFFIRMED.